[982 NE2d 81, 958 NYS2d 319]

MUSA CALLISTRO, an Infant, by His Mother and Natural Guardian, JESSICA RIVERA, Appellant, v MICHAEL W. BEBBINGTON, M.D., et al., Respondents.

Decided December 11, 2012

## APPEARANCES OF COUNSEL

*Law Offices of Fitzgerald & Fitzgerald, P.C.*, Yonkers (*John M. Daly* of counsel), for appellant.

*Heidell, Pittoni, Murphy & Bach, LLP*, New York City (*Daniel S. Ratner* of counsel), for respondents.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and certified question not answered on the ground that it is unnecessary. Plaintiff failed to raise a triable issue of fact concerning whether defendants' alleged malpractice in failing to perform a caesarean section rather than a vaginal delivery was the cause of the child's alleged cognitive, receptive, and expressive deficits and developmental disability.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH and PIGOTT.